LEVY v. STANION. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Samuel Levy against Loyal Stanion. No opinion. Motion denied, with $10 costs. See 53 N. Y. Supp. 472.

LIBBY et al., Respondents, v. MALONE, Appellant. (Supreme Court, Appellate Division, Third Department. November 29, 1898.) Action by Libby, McNeil & Libby against William Malone. No opinion. Judgment affirmed, with costs.

LINEHAN, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Leonora Linehan against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $2,500, and extra allowances proportionately; and, in case such stipulation is made, the judgment, as modified, is unanimously affirmed, without costs to either party.

LOGAN, Respondent, v. BENEDICT, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by William J. Logan against Elias G. Benedict. J. L. Hill, for appellant. W. B. Hornblower, for respondent. No opinion. Judgment affirmed, with costs, with leave to the defendant to withdraw demurrer and answer in 20 days, on payment of costs in this court and in the court below.

LONG, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. December 13, 1898.) Action by Richard Long against the Metropolitan Street-Railway Company. Henry A. Robinson, for appellant. John C. Robinson, for respondent.

PER CURIAM. The only question submitted by the appellant upon this appeal is one concerning the constitutionality of the statute under which the municipal court of the city of New York has been established. As this court has passed upon the question adversely to the contention of the appellant in the case of Irwin v. Railway Co. (decided November 10, 1898) 54 N. Y. Supp. 195, it follows that the judgment must be affirmed. Judgment affirmed, with costs.

LOREY et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1898.) Action by William C. Lorey and others against the city of New York. No opinion. Judgments and orders appealed from affirmed on default.

LUCAS, Appellant, v. BRENAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 13, 1898.) Action by William E. Lucas against John Brenan, Emma Brenan, and Mary M. North. No opinion. Order affirmed, with $10 costs and disbursements.

In re LYMAN. In re BELDEN CLUB. (Supreme Court, Appellate Division, First Department. October 14, 1898.) In the matter of Henry H. Lyman. In the matter of the Belden Club. R. R. Scott, for Henry H. Lyman. P. H. Loftus, for the Belden Club. No opinion. Order affirmed, with $10 costs and disbursements.

LYON v. BROWN. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by James E. Lyon against Mary Brown. No opinion. Motion dismissed, no proper papers being before the court. See 52 N. Y. Supp. 531; 54 N. Y. Supp. 315.

McCARTY et al., Appellants, v. HOTALING, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by Mary E. McCarty and others against Lansing Hotaling. No opinion. Judgment affirmed, with costs.

McCORMACK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1898.) Action by Annie McCormack against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McKEOWN, Appellant, v. BANK FOR SAVINGS, Respondent. (City Court of New York, General Term. December 7, 1898.) Action by Mary Ann McKeown against the Bank for Savings. T. M. Tyng, for appellant. Strong & Cadwalader, for respondent.

SCHUCHMAN, J. Under the authority of Mahro v. Bank, 16 Misc. Rep. 537, 40 N. Y. Supp. 29, the order appealed from is right, and is affirmed, with costs. OLCOTT, J., concurs.